No. 74–1263.  BREWER, WARDEN v. WILLIAMS.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 74–6438.  SCOTT ET AL. v. KENTUCKY PAROLE BOARD ET AL.  C. A. 6th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–235.  G. M. LEASING CORP. ET AL. v. UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari granted limited to Question 2 presented by the petition which reads as follows: "Whether tax agents of the United States acted illegally in seizing automobiles and documents in violation of petitioner G. M. Leasing Corporation's Fourth Amendment rights under the Constitution of the United States."

No. 75–251.  FITZPATRICK ET AL. v. BITZER, CHAIRMAN, STATE EMPLOYEES' RETIREMENT COMMISSION, ET AL.; and

No. 75–283.  BITZER, CHAIRMAN, STATE EMPLOYEES' RETIREMENT COMMISSION, ET AL. v. MATTHEWS ET AL.  C. A. 2d Cir.  Certiorari granted.  Cases consolidated and a total of one hour allotted for oral argument.  Reported below: 519 F. 2d 559.

No. 74–1233.  GREEN ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–1367.  ROSENBERG v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–1461.  PAY MING LEU v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.